U.S. District Court for the Middle District of North Carolina

Case No. 18CV550

Claimant

Nigel M. Rankin

v

Respondents

Ruffin Sykes, Martin McGhee, Patrice Hennit, Catherine McCormick, Susan Frye Valerie Thomas, Abigail Smith, Kalesha Barrino, and Officer Ferguson, P.D., in their personal capacity; Forsyth County Hall of Justice, City of Winston-Salem Forsyth County District Attorney's Office, The Superior Court Clerk of Courts office, in their official capacity; personal capacity defendants bond insurer companies.



FILED JUN 25 2018

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Claimant: Nigel M. Rankin
Address: 206 West 24th St., Winston Salem, North Carolina 27105
County: Forsyth
Telephone Number: (336) 207-7871
E-Mail Address: resurrectionlight3@gmail.com

Respondents: Ruffin Sykes, Martin McGhee, Susan S. Frye, Patrice Hennit, Catherine McCormick, Valerie Thomas, Abigail Smith, Kalesha Barrino, Officer Ferguson, P.D. City of Winston-Salem, Forsyth County Hall of Justice, Forsyth County Office of District Attorney
Address: 200 North Main Street, Winston-Salem, NC 27101, 8 W. 3rd St., Ste 400 Winston Salem, NC 27101
County: Forsyth
Telephone Number: (336) 779-6300
E-Mail Address:

<u>Statement of Facts:</u>

Plaintiff, In Propria Persona, by and through Christ the Advocates, states a follows

One was wrongly arrested twice for failure to appear despite court records and officials documenting One's appearance, proving that One could not have failed to appear and committed an offense constituting arrest. Named defendants with the duty to investigate the matter failed to dismiss the complaint against One despite no complainant ever making a Superior Court Appearance the matter. Sui Juris, in Propria Persona, the undersigned Rankin, Nigel Marquell, hereinafter One, me, or I, does solemnly affirm, declare and state under penalty of perjury as follows:

- One is competent to State the matters set forth herein and will testify to their veracity.

- One, a natural individual in full life and a private citizen on North Carolina, has chosen to approach this court with this pleading in good faith so that One may have One's supplication heard and answered.
- One has personal firsthand knowledge of the matters stated herein.
- One is a non-denominational follower of YHWH's Natural Law and Positive Law.
- One does not consent to One's Rights and liberties protected by Congress being waived.
- One has never knowingly agreed or accepted the averments instigating disciplinary proceedings against One.
- One is not a "sovereign citizen."
- One is a subject of YHWH.
- One is classified as a United States Citizen and thus also a Citizen of the Union State North Carolina Republic.
- One intention and will by this pleading is commencing federal action for <u>Conspiracies to Interfere with Civil Rights pursuant to 42 U.S.C.A § 1985</u> (2) obstruction of justice (3) depriving persons of rights or privileges, Conspiracy Against Rights of Citizens <u>18 U.S.C.A.§ 241</u>, Deprivation of Rights Under Color of Law, <u>18 U.S.C.A.§ 242</u>; and will be Asking the United States and North Carolina Attorney General to intervene under 42 U.S.C.A. (2000 H-2).
- JURISDICTION: This court has federal jurisdiction, pursuant to 28 U.S.C. A 1331, over claims arising under 42 U.S.C.A 1983. The Jurisdictional Statute allowing One's Civil Rights Cases is <u>28 U.S.C.A. § 1443</u>); , 28 USCA 1343 and 1341), (28 USCA 1343 a 3, sec 1331, and sec, 1367).
- 42 U.S.C.A. 1983 creates cause of action against individuals for the many federal rights deprivation injuring One's Natural rights and Civil Rights, resulting in extensive damage to One and One's Family and friends.
- 42 U.S.C.A 1981 allows One the right to give evidence and to receive full benefit of all laws and proceedings for the security of persons or property subject to like punishment.
- VENUE: Pursuant to 28 U.S.C.A. 1391(b)(2), venue is proper in the Middle judicial district in which a substantial part of the events and omissions giving rise to the claim occurred. Venue is also proper in the Middle District pursuant to 28 U.S. C.A. 1391(b)(1), as One current domiciles in the State of North Carolina

- Events, occurrences, and transactions are what One affirms took place in Forsyth County in February, March, May and June of 2018 that give rise to One's cry and supplication.
- One affirms that One was physically present, called, answered, spoke, and seen in Superior Court room 6-B on 2/5/18 and 3/26/18. For reasons to be determined by an Equitable Ruling, One has shockingly been arrested, and forced to make bond for both appearances, consecutively, and has had One's verbal pleadings for correction and relief ignored by One's Court appointed Counsel and Bondsman ( Kalesha who both were verbally made aware of the deprivations while being knowledgeable of One's appearances. One's physical appearance was not recorded or given true credit by Ruffin, Valerie, or Martin, or Patrice on 2/5 and 3/26. This first omission was followed by an order for arrest for failure to appear with a 4,000$ secured bond, which upon information and belief, was filled 2/27/2018, and One did have a note from the warrant squad left at my house dated for 2/27/2018. The second omissions was followed by an order for arrest for failure to appear with a 8,000$ secured bond, which upon information and belief, was filled 3/28/2018, and One did have a note from the warrant squad left at my house dated for 3/28/2018.

PARTIES

- One is and at all time material to the Affirmed Complaint was, a citizen and resident of Winston-Salem North Carolina
- Defendant City of Winston Salem is a municipality that is a political subdivision of the state of North Carolina, was the Employer of Patrice and Martin, and is and was at all times relevant to this complaint responsible for the policies, practices, and customs of the Forsyth county hall of Justice and the Forsyth County District attorney's Office, The Forsyth county Superior Court Clerk of Courts Office
- Defendant Forsyth County is a municipality that is a political subdivision of the state of North Carolina, was the Employer of Susan Frye, Ruffin Sykes, Jim O'neill and is and was at all times relevant to this complaint responsible for the policies, practices, and customs of the Forsyth county hall of Justice and the Forsyth County District attorney's Office, The Forsyth county Superior Court Clerk of Courts Office.
- Defendant Insurance companies have yet to be determine absent necessary discovery retrieval procedures
- Defendants at all times relevant to this complaint were duly appointed public actors, acting under color of law pursuant to statutes, ordinances, regulations, policies, customs and usage of Winston-Salem Forsyth county and North Carolina.
- Defendants Ruffin at all times relevant to this complaint were duly appointed and acting assistant district attorney for the Forsyth County District Attorney's Office, acting under color of law pursuant to statutes, ordinances, regulations, policies, customs and usage of Winston-Salem Forsyth county and North Carolina. He is sued in his individual capacity
- Defendants Martin and Patrice at all times relevant to this complaint were duly appointed and acting Administrators for the Forsyth County Hall of Justice, acting under color of law pursuant to statutes, ordinances, regulations, policies, customs and usage of Winston-Salem Forsyth county and North Carolina. They are sued in their individual capacities.
- Defendants Valerie and Abigail at all times relevant to this complaint were duly appointed and acting Administrators for the Forsyth County Hall of Justice, acting under color of law pursuant to statutes, ordinances, regulations, policies, customs and usage of Winston-Salem Forsyth county and North Carolina. They are sued in their individual capacities.

FACTS

Sets of Facts, Events, and Occurrences and transactions on 2/5/18

#1

On February 5, 2018 One had the matter 17CRS706788 scheduled for appearance in Forsyth County Hall of Justice Superior Court Room 6B. Ruffin Sykes, with authority to act as assistant district attorney, Catherine McCormick, my assistant counsel with authority to act as Court Appointed counsel, Martin McGhee with authority to act as Superior Court Judge, and Valerie Thomas with authority to act as deputy clerk of court were all present along with One in the court room. One stayed in the courtroom until the matter that One was waiting to ask questions about was called, only leaving when the court was in recess, but was able to return and hear the matter One was to make an appearance in being called which was after the 2:00pm recess, somewhere around 3:20pm-3:40pm. Before my matter was called, probably around 3:15pm Catherine McCormick, hereinafter, Counsel, asked me to step into the hallway to speak and told me that Ruffin Sykes wanted make a deal with me. Counsel said Ruffin Sykes asked her (Catherine McCormick) to ask One to plead guilty and just pay cost and fines without imposing the sentence given by District Court Judge Camille Banks Price. Counsel said the deal was to not activate the district Court decision, (which was a probation decision), and to allow One to only pay Court cost and fines if One was to simply plead guilty. The presiding judge and Assistant district attorney has

been the same for most litigations of the matter and neither chose to dismiss the case when the complaining party failed to appear. Ruffin Sykes and Martin McGee refused to dismiss the case even though the complaining officer D.L. Sparks has never made an appearance in Superior Court. One told counsel that the other charges from the same time this matter happen from the same complaining officer were dismissed and that the officer had not been present the past 4 times One was in Court for Superior Court for this driving while license revoked citation so One think it will be dismissed and pleading guilty would not be wise because One also wanted a declaratory judgment as to One's rights from YHWH and Congress because One had been reading about the matter and also need some injunction proceeding initiated Counsel said exactly, "It's not going to get dismissed." One told her that One also wanted o get a discovery process started for questions to present that One had and that she could prepare them before trial. Counsel told me that she has told me before that she could not make motions for me or speak for me, only answer my questions. One told counsel that her office said that she was my attorney and I'm confused about the whole set up. She said that she would let the judge know that One had questions but it's a chance that One could be charged with contempt. One told her that One was nervous to ask and if she could make sure One can say a few things. She said she will make sure the judge knows I'm confused and have questions. We went back in the court room, because we had stepped out through the double doors into the Hallway, and One went and sat on the audience front row and she went to talk to Ruffin Sykes and One heard Counsel whisper something about my declaratory judgment to Ruffin Sykes. Then Ruffin Sykes and Counsel approached the bench and started talking to Martin McGhee about some things One could not make out. One thinks counsel was telling Martin McGhee about my questions and wants for declaratory judgment and injunctions. When One was called up, One saw the court reporter Tanya Vines typing and One vaguely remember everything said before One started talking, but One does remember <u>responding</u> and my choice not to accept the deal to plead guilty. One declined the offer to plead guilty and requested Equitable Preventive Declaratory Relief and judgement to prevent definite future harm relating to the issue for the record in front of Court reporter Tanya Vines. One told the judge most of what One told counsel and added that One need in writing a ruling what One's rights are from my Father in Heaven and Congress, and about the issue at hand and that if counsel could not do much for being "stand-by counsel", (which she repeatedly said she was to in respect to the attorney client relationship,), could he make her my regular counsel because she knows how to present One's arguments better than One. Martin told me that One waived One's rights to counsel and One said One doesn't remember doing that and if One did it wasn't intelligent because One didn't go to school for this. The judge then asked the DA was he ready for trial. Ruffin Sykes replied yes and that the current week would be a good week. One objected due to One's discovery desires and the necessity of time to prepare a response, to avoid surprises about One's alleged classification as a commercial driver and One's right to interstate and intrastate travel and to fairly offer One's rebuttal to evidence and claims in complaint. One also stated that One needed clarity in presenting arguments and needed to obtain a declaration and decree as to the rights and liberties One had and to enforce and secure those rights and liberties. Ones request for appointment of counsel was denied and One was told that be Catherine McCormick would remain assistant counsel with no attorney client relationship established and One was told to leave the courts and be on 1 hr standby. One resisted the offer to leave and told Martin that One was confused as to One's trial status and date and needed more clarity. Martin told One to inquire with assistant counsel and to leave the court room before One was held in criminal contempt. One nervously started to speak and a bailiff told One to make the decision to leave because One was close to being held in contempt. One chose to leave and inquire with counsel who was still inside the courtroom. One asked the bailiff to get One's assistant counsel's attention because One needed clarity on upcoming court dates time and details. Ones assistant counsel came out of the court into the hallway and listened to One's questions. One asked about how to receive a notice of trial and was told "we don't have those here." One asked for a letter to take back to my employer. One was told by Catherine McCormick to retrieve One from the public defender office. One headed to the public

defender's office, made request to the desk assistant Veronica, who then received instructions from Catherine McCormick to scribe that One was also on 1(one) hour standby awaiting trial on the letter to One's employer. One asked McCormick for discovery retrieval and she started it was an open discovery policy and that One needed to go to the DAs office and request discovery. One went to the DAs office and made request with the female Caucasian, hereinafter lady working that day. The lady told One that an attorney could receive that only and to ask One's attorney for that information. When One explained the assistant counsel scenario the lady seemed puzzled and told One that One might consider moving the court for discovery. One left to head home and further One's study into the issues. One received a voicemail from the district attorney's office by a woman stating that One could come back by in the morning to retrieve discovery information, although One made no specific requests as to what was being requested.

#2 3/2/2018

On March 2, 2018 circa 3:40 pm, One was conversing and handling affairs downtown Winston Salem Forsyth County when One was forcibly seized from behind by surprise by the right wrist and One's wrist was place and confined in shackles, and One was told that One was under arrest for missing a Court date by a local Bondsman named C.J., a black male person working with Princess bonds and was further shackled and moved. After being startled and forcibly moved against One's will, One inquired as to what court date was at issue and was told that a warrant had been issued on the 27th of February, 2018 for missing two (2) court dates for traffic citations issued by D.L. Sparks. One was put into a panic fight or flight mode, One got real scared and had an accelerated pulse, and nervousness about the underserved punishments ahead One would be forced to endure. One replied that those charges had been dismissed by Camille Banks Price in One's favor. The Bondsman checked some databases he had access to and told One that there was a confusion on the surface and that further inquiries showed a failure to appear order for arrest issued 2/27/2018. The Bondsman showed One a phone screen with a date listed in some information database with the date 2/27/2018. One believed the date showed the date the order had been issued. One was taken by the Bondsman to the Forsyth County Detention Center Magistrates area and given a 4,000$ bond for release after being processed and held 6 hours in holding cell on March 2, 2018. All Actors failed to keep this error in record keeping from resulting in multiple injury resulting in damages to One because of that error. One is then classified as 14th Amendment United States Citizen and was not afforded equal protection privileges immunities and due process afforded to all North Carolina citizens. Tanya Vines was the court reporter in the courtroom. Catherine McCormick was present with One inside the superior court room 6-b on February 5, 2018. One's lady friend Trisha White was inside the superior court room 6-b on February 5, 2018 present with One. Before One was processed One had a different Bondsman, Kelisha Barrino, come to post bail by using One's cellphone while inside holding cell. One's Bondsman came before processing but One was still processed, stripped, tagged photograph, clothed, and put into a holding cell where One sat upset and unease in what One felt very was uncomfortable with no food or beverage for 6-7 hours, then released. One received another Court date for the 26th of March

#3 3/27/2018

Patricia Hennit was authorized to act ministerially on March 26th, 2018 and she did not dismiss this case when the complaining officer was not present on this day. Ruffin Sykes was authorized to act as the District Attorney, Abigail Smith was authorized to act as the Clerk of Court, and Tanya Vines was the Court reporter. One made an appearance again and had Trisha video tape with One's phone One walking in court room 6-b. One was with Trisha White again as a witness. Catherine McCormick was not present this day. Patrice was very cordial and polite to each and every defendant before her. Trisha and One sat until One's name was spoken by riding Ruffin Sykes there were three people left in the pews, not including Trisha. I felt comfortable waiting to be called

because Patrice seemed so honorable. I was n surprised at how she let a pro se litigant approach the bench with Ruffin. I mentioned Patrice's honor to Trisha a few times while waiting. When Ruffin spoke One's name, One stood to leave the pew and approach the front, but Ruffin held his hand in a stop sign and told me to stay where I was. He Spoke to Patrice about the name of the charge and who the attorney was. He then asked for trial to be set for that week. I said "objection your honor, I.." and was cut off by Patrice surprise, snapping at me, "before you began to spew any more of that mouth diarrhea, I'll advise you that anything you say will be used against you..." She said some others things and mentioned that I could not speak since Catherine was not there and I saw that Tanya vines was typing while simultaneously realizing Patrice said mouth diarrhea and got more offended by the change in character from the other defendants who had previously been in the same courtroom as I in front of the this very same Patrice. I began to panic and realized that she was in on it too obviously. I began to get enraged at the blatant mistreatment and unfairness of Patrice when I had given her so much praise just moments earlier. I felt even more singled out due to some personal animas shared by the named defendants for not accepting the terms of their shared knowledgeable act to get me to accept the contract to plead guilty and for inquiring into the restraint on my liberties. The similar events that happen with Martin McGhee happened in this matter. I was told to leave, and threatened with criminal contempt, only this time the rage made me shout that I'm going to file claim for this deprivation and Patrice said something about jail. I asked if my appearance could be noted for the record and I left nervous and sought a letter from the public defender's office letter for my employer and was nervous all afternoon and night waiting to talk to Catharine.

#4 3/27/2018

I talked to Catherine on Tuesday the 27th, and I recorded the conversation and saved into my data for evidence later because this had happened before and I felt she was a party to the conspiracy to deprive me of federal liberties because I would not do things their customary erroneous illegal and unfair way. In the voicemail; you can hear her acknowledge that she knows I was there and that she would help me if situations where warrants are issued and I was present, and to just let her know. She states she was aware something "bizarre" happened on 2/5/18 and 3/2, the arrest date for the 1st unlawful fta order for arrest warrant. She also said that she was call me in the morning to give me a more accurate time of my trial since they were only on trial number one that Tuesday afternoon when I spoke to her, and she said that Ruffin knows I was there because they set the matter for trial and that I was trial number 5 and that my trial would not be this current week.. I told her my concerns with losing hours at my job and she said she understood. I was at work when she called and I felt better that the trial was not the same week because I need to work and make money to fed myself and my daughter, my pets and pay my bills.

#5 3/28/2018

Around 9:30 I received a call from the public defender's office receptionist saying that I need to be in court in the nest hour. I told her that I just talked to Catherine and that she said that my matter was not this week so I went to work and was not physically able to make it there in one hour. she said she would talk to Catherine to see if she could hold the matter open until I get there and to keep them posted. In search and asked around the job but people are not able to leave right then. It was very early in the workday. My bondsman Kalesha called me and said the courts told her I agreed to an appearance on the 28 but skipped court and I need to get there as soon as possible. I told her about my situation and told her id keep her posted. about 2 hours later, at 11;37 or so, the same assistant called me and left a voice mail which I saved saying g that my matter was the last matter of the day and could not be held open because it was already holed open as long as it could be so a warrant was issued for my arrest but no bond had been issued yet. I felt me hear drop and felt a tightness in my chest and sad at the same time that another warrant was issued for my arrest. I remember the last release paper saying

my fta was on 2/5/18/. My bondsman called me later after that last call form the PD office and said that I knew I had court and I should have showed up. I told her what I thought about the conspiracy and she did not bother me until 5/30/2018/

#6

After the 28th, not sure what exact date, I paid someone to proofread and serve my title 42 civil rights federal claim to the federal court according to the FRCP. I received a green certified mail receipt signature card back dated my documents had been received on the 30th of April. I was relieved that my claim had been file and that I would be getting help form the attorney general and the federal courts regarding these deprivations. Sadly, I did not receive anything the first or second week after about a court date or any response from the federal court. I knew I had 30 days to hear something back so I waited until the 30th day to be sure I wasn't rushing the issue. During this time, I had another court appearance where Catharine was the public defender and I was afraid to go around her in court because I thought she would just have me arrested and I did not have the money or my affairs in order to be able to just randomly sit in jail for a non arrestable offense court appearance. I did not go to that appearance out I fear but I had no problem getting the matter recalled or turning myself in for that matter because I had never missed a court appearance for that issue. I was hoping my claim would be heard and I would be able to get both matter taking care of the equitable way, especially regarding Catherine, who I feel I in on these deprivations of my federal rights.

#7 5/30/2018

I received a voicemail around 930 pm from my mother saying that the bondsman was talking about kicking her door down and her having to pay 4000$ because that were looking for me to turn myself in. I told her that this was the 30th day to hear from the federal courts and I did not and it's no coincidence she calling g this evening telling me to turn myself in. I called kalesha and informed her of the mailed claim, the 30 day and the conspiracy, she began to talk in circles, never answering my question of how long I had to turn myself in before she would come after me. I had my mother on the line with me and she can attest to what I am saying about how the bondsman was pressuring me to turn myself in on an unlawful warrant, regardless of me telling her that she knows I was there and she should do something other than encourage me to turn myself in without a set bond amount in place for. I asked her for more time to make sure may claim was file correctly, about 4 days, and she refused. she began taunting me on the phone saying how things were about to get bad for me for not taking her help and that I should have a nice sleep in my bed because she is going to have a nice sleep; in her bed. I was upset and angry at the indirect sarcasm concerning my liberty and my mother's emotional tranquility. I even told kalesha about the federal statute about being aware of a conspiracy and remaining idle or participating in the conspiracy.

#8 6/1/18

On Friday June 3 early in the hot 80 + degree weather, I was doing lawn work at my job and had just finished my morning cup of coffee when I turned around and noticed and unmarked, almost been police cruiser and One single black male uniform police officer approaching me. I learned this was Officer Ferguson. As I approached him my employer Ross came out the front door and Ferguson proceeded to grab my hand, cuff me, search me, and ask me did I have a bondsman or was that the same bondsman that called him. I told him it is the same bondsman that called him. Ferguson moved me to the back of his car, that was still on and running the engine was running and exhaust fumes were leaving the muffler and tailpipes in the rear of the vehicle. I asked Officer Ferguson to move me because the fumes and heat from the exhaust was making me nauseous. He said that I would be ok. I asked him could I make a phone call because I was very fearful and wanted someone to know what was happening

to me before I was thrown away in a dungeon for a month or so. He said yes and allowed me to tell enter the security code in my phone. As I called Trisha I began to sweat profusely and asked Ferguson to move me away from the exhaust. He refused. I began to faint and he got angry and told me, shouting, "don't fall, stop falling, you better not fall! I remember waking on the ground with who I thought was Ferguson, holding me up by the shoulders while my lower body was on the ground.. When I asked if I could stand up because the fumes were in my face more now, I hear Ferguson say, "when you stop acting? I thought he was behind me but his voice was further away then behind me. I looked over my left shoulder upward and saw a frown on his face while he was looking and touching in a scrolling motion my phone. I asked if I could stand up again he said "when you stop acting". I got enraged and afraid for my life at the same time and fed up with the injustice and shouted that I was going to "stand up right now!", the officers resisted me, then eventually let me up, and I demanded Ems be called and that I be taken to the hospital. I was diagnosed with suffering from exposure to air pollution and received a 2000$ bill from the hospital weeks later. I was taken to jail after ward and had to pay another 500 dollars to bonds by Amy because of the fruits of the poisonous tree planted initially by martin McGee and Ruffin Sykes, and then watered and nurtured by Patrice Hennit, and other named defendants the chain of events following my appearances of 2/5 and 3/26.

- The acts and omissions that furthered the conspiracy are as follows:
- Ruffin Sykes did not dismiss the complaint and chose to continue prosecuting One for this traffic infraction against One despite the complainant failing to make any Superior Court appearance.
- Martin McGhee did not dismiss the complaint and chose to continue prosecuting One for this traffic infraction against One despite the complainant failing to make any Superior Court appearance. Martin also issued a order for arrest for failure to appear on 2/5/18 with a 4000$ secured bond even though One spoke directly to Martin McGhee and looked directly in his eyes as he threatened me with contempt of court on 2/5/2018.
- Patrice Hinnit did not dismiss the complaint and chose to continue prosecuting One for this traffic infraction against One despite the complainant failing to make any Superior Court appearance. Patrice also issued a order for arrest for failure to appear on 3/26/18 with a 4000$ secured bond even though One spoke directly to Patrice and looked directly in her eyes as she threatened One with contempt of court on 3/26/2018. She even told One she would note my appearance but later issued an order for arrest for the same day she talked to One face to face in front of Ruffin and Abigail.
- Catherine McCormick has not made any motions on One's behalf did not make any attempt to correct the courts error in issuing the order for arrest at any time before or after this arrest have been made even though she had knowledge of One's appearance and the order for arrest.
- Valerie Thomas failed to note One's appearance for the record, docket, and calendar on 2/5, creating the illusion that One made no physical appearance subsequently resulting in a warrant for arrest for failure to appear.
- Abigail Smith failed to note One's appearance for the record, docket, and calendar on 3/26, creating the illusion that One made no physical appearance subsequently resulting in a warrant for arrest for failure to appear.
- Ruffin Sykes made One stay in the audience when One tried to walk to the table where the other defendants went that day.
- Abigail and Valerie did not make sure One was noted for appearing on 2/5 and 3/26 and have records going against that fact in the file. Catherine has not fixed and of these errors as my Assistant Counsel but One have a recorded message from her saying "just let me know and I'll fix it" talking about the

warrant and how the same thing won't happen again, but it has except One haven't been arrested on the second unlawful warrant.

- Clerk Susan Frye is held personally liable and on liable official bond for misfeasance of Valerie Thomas, clerk present on 2/5/2018 in Superior Court room 6B and for misfeasance of Abigail Smith, clerk present on 2/5/2018 in Superior Court room 6B. Susan Frye Name was signed to Each order for arrest for failure to appear.
- Kalesha Barrino knew of the unlawful arrest pursuant to documents issued to her by the courts for a warrant issued for fta on 3/26/2018, but tried to passively coerce with the threat of "things getting bad for me" to turn myself in with out time to get my affairs in order for an bogus warrant she alleges was set for a appearance docket for 3/28/18 and that the warrant was not for 3/26/2018.
- Ferguson, communicating with kalesha and told to come to One's job and arrest One did so and attempted to have other officers make the arrest and transport One to the detention center, but mistreated one and exposed One unlawfully and intentionally to air pollution and One suffered damages.
- The improper motive to escape bond liability by deceiving One in regards to rights asserted to use the order for arrest and false information to deprive One of Federally Protected Rights for attempting to assert One's rights with equitable remedies of declaratory judgments and to protect those rights with injunctions instead of accepting Ruffin Sykes offer to plead guilty. One wanted clarity on why and how Supreme Court Rulings and determinations involving inter- and intra- state travel applied to One in respect to contracts, classes, and other documents One was a party to or was part and parcel to. One, upon information and beliefs, believes Ruffin was attempting to escape some type of financial obligation on his bond for the damages One had suffered from several injuries to One's personal property, including but not limited to Ones natural and civil rights.
- Actual case and controversy is at hand.
- Actual injury resulting is and can be tied to named defendants because the omissions included Statues of YHWH's Law and Congress ordered to be followed so that justice Could be administered properly and so that One situated as One was would not be damaged. One is likely to win because Of the Comity Clause and Judicial Common law, showing those similar situated as One was, receiving favorable determinations similar to the relief one seeks.
- Emergency Intervention is required from the Attorney General and the Department of Justice to remedy past and prevent further continuing and adverse effects of constant and irreplaceable harm from natural and civil rights invasions.
- Defendants were acting ministerial with the obligations to tell the truth act fairly and stop improper tactics. Our common law reflects the solicitors are responsible for prosecution control and management of case with good faith discretion without having the "I don't care attitude"
- The District attorney office and Forsyth County Hall of Justice are liable for repeatedly using the Unconstitutional one-hour trial notice non-written policy and custom to deprive me of my right to be free from unlawful arrest, equal protection of the law, the privileges immunities and rights given by my Father YHWH as retaliation for not contracting with Ruffin Sykes. This is a common known unconstitutional policy amongst the entire Hall of Justice and the knowledge of this unconstitutional policy can be found through interrogatories and depositions of several officials in the Hall of Justice and named defendants.
- One did not violate any statute giving valid and lawful reason for arrest or imprisonment. One was not in dishonor or default on February 5, 2018 or March 26, 2018. One is classified as United States Citizen and afforded equal protection, privileges, immunities, and due process afforded to all North Carolina citizens. One knows all affirmations to be true and knows no evidence existing to establish the contrary. One has other documents and witnesses ready to be used in trial to verify what One is complaining

about. All the cameras and visual recording devices in all Hall of Justice areas mentioned will show One in plain view in accordance with One's affirmed declaration under penalty of perjury. There was no probable cause because or reason to believe One had committed a crime and the warrant was invalid because

- The Winston Salem municipality hiring Patrice is liable for her actions in office under this local government municipal One Hour Standby Trial Notice policy and that insurance company of that municipality will need to be found through discovery procedures.
- Insurance Companies giving surety bond of named defendants have a liability to cover the damages generated by named defendants but One needs to initiate a discovery procedure for the names of companies. Local government can only act through its officials and a municipality is liable if acting under their custom, representing official policy, a pattern of this persistent practice sufficiently known and approved by city officials.
- Forsyth County Hall of Justice and the District Attorney's office obviously does not train their actors on the importance of proper constitutional notice procedure. All named defendants are municipal actors of a local government in Forsyth County, Winston-Salem North Carolina so they are liable and were acting off of official municipal custom and unwritten one-hour policy. These sins and iniquities were committed intentionally to get One to stop seeking a declaratory judgment and injunction on One's alleged traffic citation matter and to get One to accept Ruffin's plea of guilty deal.
- All actors are municipal actors of a local government in Forsyth County so most are personally liable and All named defendants took an oath to not step over their boundaries and not to do things Congress never allowed them to do lawfully and to honor YHWH. All the defendants have been in other settings where Congress gave them orders and commands to follow so that One would be treated fairly and that justice would be served. All let these events happen in front of their own eyes on 2/5 and 3/26. It felt like that were not caring about any of the rules or One rights
- Municipal defendants in Ones claim are District Attorney office and Forsyth county Hall of justice for repeatedly using the unconstitutional One-hour trial notice non-written policy and custom to deprive me of my right to be free from unlawful arrest, equal protection of the law, the privileges immunities and rights given by my Father YHWH as retaliation for not contracting with the courts to agree stop inquiring about my liberty restraints and to plead guilty instead,
- This Affidavit intends to state Unlawful action or inaction leading to non-compliance with statutory requirements intended to protect One creates liability to One who has been injured by acts of commissions or omissions. All actors mentioned by name were acting pursuant to ministerial duties such as, Martin McGhee, Patrice Hinnit whom administered presumed case # 17CRS706887, District Attorney Ruffin Sykes, and Valerie Thomas and Abigail smith as well Court reporter Tanya Vines, who all were physically present in the courtroom while One appeared and conversed with the Ruffin and Martin, and all schooled in law with courtroom experience in multiple cases.
- One's intentions are to file claims against individuals and join the municipalities and insurers as a third-party defendant because this is a pattern and has happen to me on 2/5/18 and 3/26/18.
- The Unlawful Arrest orders and subsequent actions are a pretext to other illegal conduct because this allows One to be deprived of liberty and other rights, privileges, and immunities unconstitutionally.
- The said actors are liable directly and for assisting failing to take reasonable action to prevent the arrest detention and supervisory officer who'd directly participated in or negligent failed to prevent that arrest and detention.
- Because Named defendants, except Catherine, and their agents were acting under color of law, custom, or State authority, and conspiring with one another to do such, One has the right to seek redress from wrongs such as, but not limited to, due process and equal protections violations concerning selective

enforcement of laws, exculpatory evidence not being admitted and ministerial usurpation and oppression because federal deprivations occurred as a result.

- Their mind was guilty intending because they all are schooled in law and have courtroom experience and Congress put the United States Constitution and Federal Statute to protect U.S. Citizens from injuries and invasions of natural and civil rights. They took oath to uphold the positive law and United States Constitution and told YHWH and man they would be honorable in doing so. There was no cause or justification for these actions because One appeared both times, after taking off work for over 16 hours, sitting in Court room 6-b long hours, talking face to face to Ruffin Sykes, Martin McGhee, Patrice Hennit, and in front of Valerie Thomas and Abigail Smith, just to be later arrested as if One never physically spoke in front of the stenographer Tanya Vines the other people One named, while One was inside Court room 6-b This process of telling One that One can't get Court Appointed counsel and not letting One get discovery documents regarding the complaining officer affidavits, not telling One what day or time Ones trial date is and calling me less than 48 hours after One make an appearance at scheduled Court date, to tell One that One has 1 hour to be in court or One will be arrested and maybe given a bail is a constitutionally inadequate process because One is not given a fair chance to prepare for trial when One could be facing jail time for a traffic citation that One has paid the Department of Motor Vehicles fines for already and made attempts to take care of the lawful way. Being arrested and having to use up most of my savings after One is already taking days out of work to be in court in not fair to One or any under person put in a hard spot like One, especially when on both those court dates other people got specific dates and times that were at least a week away.
- Defendants as of now and prior to further information received upon discovery are Ruffin Sykes and the Forsyth County District Attorney Office and their bond insurer and sureties, Martin McGhee and Patricia Hennit and their bond insurer and sureties, Valerie Thomas, Abigail Smith, Susan Frye and their bond insurer and sureties, and Catherine McCormick and her bond insurer and sureties.
- Because of the arrest and detainment on March 2, 2018, and June 1, 2018 One couldn't perform One's customary rites Shabbat rites, or go pick up One's 10 year old daughter whom One has legal and physical custody of jointly with her mother that evening and had to figure out how One would buy food and make another payment to catch up on my rent because One had to spend money from savings to pay 400$ and to make a second initial 500$ bond.
- My stomach muscles and got area started aching and vibrating fast with my heart beat because One was trying to not have panic or get an anxiety attack from being in a jail all of a sudden when One was just enjoying being off of work. One noticed that since February 5 when One mentioned my Father in heaven, One did start to get persecuted more and the Bible says things like this will happen when you confess your faith among men.
- Defendants abused discretion by going against oath to uphold Constitution and ensure justice by doing the complete opposite by not following the commands Congress gave to treat One fairly and use safe steps to make sure things are done the lawful way and YHWH's way in love, honor and respect for YHWH's creation.
- These injuries are not in my best interest or the public's because it made me really doubt our justice system until One read and higher Court rules and remedies.
- Named defendants should not be excused from enforcing laws in One's favor and by not ensuring the correct laws and procedures were enforced, caused One to lose freedom, time with loved One, Peace of mind, appetite, and stopped me from participating in my Shabbat ceremonies of readings, feasting, and candle lightings, and did become a law breaker under pretense of official conduct, and One know our great state does not condone such wickedness and One is not holding our honorable state liable for the

intentional acts of this particular office and persons who acted contrary to righteous reasonable mindedness.

- These proceeding were not fair and impartial pretrial hearings because One wasn't allowed to ask questions, have Constitutionally effective counsel, wasn't given adequate notice because One was told of my trial date the day of and given 1 hour to arrive at the last minute, then had an order for an arrest issued 2 times, each for days One has proof One made a physical appearance.
- Constitutional rights under United States Constitution Amendment 14 section 1 privileges and immunities clause, the equal protection clause, the due process clause was violated such as the right to be given a specific trial date and time and assistance adequate notice, the right to have my appearance record like other defendants who made physical appearance in Superior Court room 6-B on February 5 and March 26, 2018 in Forsyth County, the right to be free from unlawful arrest, the right to inquire into the restraints on Ones liberty, and others mentioned in this Affidavit.
- These acts were committed because natural persons used the clothing and power that comes with the office to carry out their personal plans that were not intended to fairly administer justice. Ruffin controlled the two (2) trial hearing date calendars and did not give me or Catherine a specific day or time for trial.
- Named defendants wanted me to be emotionally distressed because they treated me differently than the other defendants on those days by not even letting me speak and telling me One was going to be held in contempt if One kept trying to talk and ask questions about a specific trial date so One wouldn't be surprised by stuff. The invasion of my rights by defendants caused lasting damage because One still gets that heart dropping feeling when going into the Forsyth county Hall of Justice for this Traffic citation and One thinks about how One was unjustly and forcibly put in jail on such made up grounds, and gets very paranoid and irritable, even to my daughter and girlfriend, because One has so many other things to focus on like work, my Associates Degree as an Automotive Technician, being a dad, and it's hard to relax when I'm afraid everything could go down the drain by being in jail waiting for the errors to be addressed and corrected. My own public defender knows One was in court because she was also there on February and told me that it would seem "bizarre "if the same thing happened again, but it did.
- The agreements or communications, consultation, cooperation, command from which an agreement can be conferred are that they all know the 14th Amendment clauses mentioned in this Complaint yet no One stepped in to ensure Justice was properly administered. They got paid for coming to work and used their job position to carry out a plan to cause me to go to jail. They are connected to the injury, damage and liability because had they all mentioned this, One hour standby and continued to use this custom to cause me to have hardly any chance to prepare for trial.
- Had the defendants taken basic steps prior to and following the One's hearing to investigate the facts of the matter, instead of blindly investigating only to corroborate and conspire against One with guilty plea agreements and deprications, they would have discovered the others charges issued at the same time as the current one ahd be terminated in One's favor and the complaining officer has not made a superior court appearance.
- Prior to and at the time of the unlawful order for arrest and arrest, the Forsyth county Hall of justice, by and through their policy makers, maintained a policy, custom, and practice of failing to adequately train and supervise officials in connection with fundamental investigative and pre-trial tasks securing the rights of defendants pursuant to constitutional due process guarantees.
- The Forsyth county hall of justice policy, custom, pattern, and practice of official misconduct and failure to train and supervise officials were reflected by the multiple acts of misconduct and illegally committed by

multiple Hall of justice officials in relation to the failure to document One's physical appearance and response and failure to appear arrest order and execution.

- Prior to and at the time of the unlawful order for arrest and arrest, the Forsyth county District Attorney's Office, , by and through their policy makers, maintained a policy, custom, and practice of failing to adequately train and supervise officials in connection with fundamental and recurring constitutional duties.
- Pursuant to this Unconstitutional 1 hour same week trial notice policy, custom, and practice, policymakers for the District Attorney's office abdicated and effectively delegated the authority and discretion to conduct and supervise investigations and proceedings with deliberate and reckless disregard for their constitutional and ethical duties. As a result, ruffin knowingly and and routinely engaged in investigative and prosecutorial misconduct and condoned and facilitated the misconduct subordinates and others actors in a climate of impunity.
- In particular, as a direct result of policy makers and superiors abdication of authority for the supervision, training, and disciplining prosecutors, assistant district attorney Ruffin routinely , notoriously, as a matter of policy, custom, and pattern and practice violated constitutional and ethical norms by deliberately and recklessly failing to investigate known grounds for dismissal in order to permit him to prosecute one without any form of equitable relief and engaged in additional acts of prosecutorial misconduct aimed at securing convictions at all cost.
- All of the acts and omissions committed by the defendants described here in for which liability is claimed were done intentionally, unlawfully, maliciously, wantonly, recklessly, and with bad faith, and said acts meet all of the standards for punitive damages
- The Forsyth County Hall of Justice in the district attorney's office by in through there final policymakers maintained a policy custom and pattern and practice of promoting facilitating and condoning improper illegal and unconstitutional investigative techniques and pretrial notice procedures including but not limited to the following disregarding Amendment rights of criminal suspects and defendants.
- As of 6/25/2018, One most recent scheduled appearance. catherine and ruffin were both present along with i for calendar call and both refused to give One an adequate and fair notice of trial. One does not know the name of the Presiding Administrator on this date. Ruffin told him my matter was set for T6. One feels that the conspiracy to keep me deprived of my rights is still in motion and ONE NEEDS EMERGENCY ASSISTANCE because One is in fear of my civil and natural rights being violated and me suffering more injuries because of this conspiracy. I received another letter from the public defender's office noting my appearance

## Damages

- The disregarded known consequence was deprivation of Ones liberties, Protections, privileges and immunities, natural and civil rights which would cause injury resulting in damage to One mental state, emotional tranquility, physical body, and the mental and physical well-being of third party family members and pets.
- The actors conduct was shocking because One and others know justice to be based on truth and following rules and fairness and they acted the opposite. The injures are the result of the initial deprivation of the right to a fair hearing with fair and impartial public actors and every event afterwards including but not limited to the unlawful arrest and detainment. These sins and iniquity were committed intentionally to get me to stop seeking a declaratory judgment on my alleged traffic citation matter and to get me to accept Ruffin's plead guilty deal and all the actors took an oath to not step over their boundaries and not to do things Congress never allowed them to do lawfully and to honor YHWH.

- One suffered anxiety, emotional and mental disturbance and distress, loss of sleep and leave of mind wondering who is around waiting to kidnap and say One did a crime when One didn't. One has spent over 1,400$ dollars in bondsman fees since being wrongly arrested and an asking for 1,000,000$ in compensatory damages and 80,0000$ in punitive damages with the total being equally taken out and paid but each individuals insurance bond to cover the damages they are liable for because they all had an obligation to preserve my constitutionally protected rights.
- One was deprived of liberty and personal property rights, including natural rights of property and civil rights resulting in One sensing extreme fright and being taken off guard by such forcible encroachments. One was enraged and frustrated at such unjustified detainments. One did not violate any statute giving valid and lawful reason for arrest or imprisonment. One is seeking equitable relief and damages from false arrest, false imprisonment, fright, shock, mental disturbance, public embarrassment, emotional distress from fear of repeated unlawful deprivations of federally secured rights, malicious prosecution, denial of equal protection, privileges and immunities, and due process, and deprivation of civil rights under color of state law, and conspiracies to cause deprivations and to obstruct justice. One is in fear of repeated constitutional violations resulting irreparable harm, such as being arrested and detained by an order for arrest for daily failure to appear at court session where One did appear and missed another day at work which is about 12.50$ per hour for 8 hours because every Court appearance One have to take a full day off from work. One has missed over 20 hours at One's occupation due to deprivations and violations. One has been the victim of similar past deprivations where One was maliciously and falsely arrested and imprisoned without warrant and the charges were terminated in One's favor from charges stemming from the same officer <u>D.L. Sparks</u>
- The violations of federal rights are the protected right of: free speech, fair trial, the right to be free from Malicious prosecution, rights to be free from unlawful deprivation of liberty, the right to be treated fairly as other Court defendants in 6-b, the Right to due process, right to worship YHWH uninterrupted, the right to be free from assault and battery and kidnapping.
- The action of the defendants deprived on of civil rights under the fourth, fifth, eight, and 14th amendments to the United States constitution and under the laws of North Carolina.
- The bad faith acts and omissions of the defendant caused One to be wrongly seized, an unlawfully arrested, and subject to illegal searches and cruel and unusual punishment during the course of One's incarceration for an offense One did not commit
- The defendants caused Ones the following injuries and damages, which were foreseeable to the defendants the time of their acts or omissions and which continue to date and will continue into the future: pain and suffering; severe mental anguish; emotional distress, loss of family relationships; severe psychological damage; loss of educational opportunity, loss of professional opportunity; loss of income; out-of pocket legal expenses. Infliction of physical illness; humiliation, indignities, and embarrassment; degradation; loss of natural psychological development; and restrictions on all forms of personal freedom, including but not limited to diet, sleep, personal contact, educational opportunity, vocational opportunity, athletic opportunity, personal fulfillment, sexual activity, family relations, reading, television, movies, travel, enjoyment and expression for which One is entitled monetary and equitable relief.

Count 1

Plaintiff hereby incorporates by reference all of the following paragraphs and states as follows

Defendants Ruffing and Catherine acting individually and in concert, deliberately an recklessly attempted to coerce One into taking a guilty plea despite no complainant being present and request for an equitable

determinations in violation of One's 14th amendment right not to be deprived of liberty without due process of law and to a fair criminal trial.

No reasonable person would find the actions of such defendants to be lawful.

As a direct and proximate result of the defendants actions One was wrongly accused and convicted of failure to appear and imprisoned for multiple hours and suffered the other grievous and continuing injuries and damages as set forth above

Count 2

Plaintiff hereby incorporates by reference all of the following paragraphs and states as follows

Defendants Martin and Patrice acting individually and in concert, fabricated information, disregarded known grounds for dismissal, and deliberately issued arrest orders for One in violation of One's 4th amendment right to liberty interest, 14th amendment right not to be deprived of liberty without due process of law and to a fair criminal trial.

No reasonable person would find the actions of such defendants to be lawful.

As a direct and proximate result of the defendants actions One was wrongly accused and convicted of failure to appear and imprisoned for hours and suffered the other grievous and continuing injuries and damages as set forth above

Count 3

Plaintiff hereby incorporates by reference all of the following paragraphs and states as follows

Defendants Valerie and Abigail acting individually and in concert, deliberately did not note One's appearance for the record, in violation of One's 14th amendment right not to be deprived of liberty without due process of law and to a fair criminal trial.

No reasonable person would find the actions of such defendants to be lawful.

As a direct and proximate result of the defendants actions One was wrongly accused and convicted of failure to appear and imprisoned for hours and suffered the other grievous and continuing injuries and damages as set forth above

Count 4

Plaintiff hereby incorporates by reference all of the following paragraphs and states as follows

All named defendants, acting individually and in concert, deliberately, despite knowing probable cause did not exist to arrest, continually issued unlawful orders for arrest and chose to enforce those orders while simultaneously choosing to prosecute a complainant-less claim, and caused to be arrested, continually detained and prosecuted for false failure to appear allegations in violation of One's 14th amendment rights not to be deprived of liberty without due process of law, equal protection under the law, privileges and immunities and to a fair criminal trial.

No reasonable person would find the actions of such defendants to deprive one of One's liberty without probable cause to be lawful, and these actions went against clearly established constitutional law.

As a direct and proximate result of the defendants actions One was wrongly accused and convicted of failure to appear and imprisoned for   hours and suffered  the other grievous and continuing injuries and damages as set forth above.

Count 5

Plaintiff hereby incorporates by reference all of the following paragraphs and states as follows

Defendants new or in the absence of their deliberate indifference recklessness and gross negligence should have known that their subordinate officers had deprived one of clearly established constitutional rights through misconduct that included but was not limited to coercing and compelling allegedly and corporate or statements failing to conduct constitutionally adequate investigation of one's matter.  By deliberately recklessly and grossly negligent failing to supervise their subordinates and by their active and direct participation in and facilitation of their subordinates misconduct calls their subordinates to deprive one of clearly established constitutional rights including but not limited to his rights not to be compelled as a witness against himself to be free from unreasonable searches and seizures not to be deprived of Liberty without due process of law and to a fair trial

Moreover defendant acted with impunity in an environment in which they knew they were not trained supervisor or disciplined by their Superior officers in which they knew that their violations of one's constitutional rights would be facilitated approved and condoned by their Superior.

The deliberately indifferent Reckless conduct of their supervisors violated their clearly established Duty is supervising subordinates and no reasonable supervisor would have found their accidents to be lawful.

Count 6

Plaintiff hereby incorporates by reference all of the following paragraphs and states as follows

Defendants in others yet unknown agreed among themselves and with their other individuals to act in concert in order to deprive one of his clearly established fourth fifth 14th Amendment right to be free from unreasonable searches and seizures not to be too proud of his Liberty without due process of law into a fair criminal trial and to equal opportunity and protection under the laws

As a direct and proximate result of the defendant's conspiracy and actions in furtherance of that conspiracy one was wrongly arrested prosecuted for a failure to appear convicted and imprisoned for and suffered the other grievous and continued injuries and damages as set forth above.

Count 7

Plaintiff hereby incorporates by reference all of the following paragraphs and states as follows

The Forsyth County Hall of Justice in the district attorney's office by in through there final policymakers maintained a policy custom and pattern and practice of promoting facilitating and condoning improper illegal and unconstitutional investigative techniques and pretrial notice procedures including but not limited to the following disregarding Amendment rights of criminal defendants.

This policy custom and pattern and practice of promoting facilitating and condoning improper illegal and unconstitutional investigative techniques and pretrial notice procedures and falling to train and supervise officials were evidenced by, among other action, multiple constitutional violations and related acts of misconduct committed by multiple officials in the course of these events and in prior and subsequent cases.

Policymakers were deliberately indifferent to the known and obvious risk that the policy custom, pattern and practice of promoting facilitating and condoning improper illegal and unconstitutional investigative techniques and pretrial notice procedures and failing to train and supervise officials a risk that the constitutionally secured rights of suspects like One would be violated

The misconduct and constitutional violations committed defendants in the course of the investigation and prosecution of One were carried out pursuant to the custom, pattern and practice of promoting facilitating and condoning improper illegal and unconstitutional investigative techniques and pretrial notice procedures and failing to train and supervise officials. As a direct and proximate result of the Hall of Justices Policy, custom, pattern and practice, One was wrongly persecuted, convicted, and imprisoned for failure to appear on two separate occasions and suffered the other grievous and continuing injuries set forth above.

<u>Relief to be Requested:</u>
WHEREFORE, One prays as follows:

A. For The Attorney General to Intervene pursuant to 42 U.S.C.A. (2000 H-2) and that the Attorney General Explain the Constitutionality of this 1 hour trial notice policy pursuant to Rule 5.1 of the F.R.C.P.

B. Suit In Equity Demand: Pursuant to FRCP, One Request a suit in Equity on all issues and claims set forth in this Affirmed Complaint.

C. That the court award compensatory damages to One against the defendants, jointly and severally, in a the amount of 1,000,000$

D. The th court award punitive damages to One, and against all non municipal defendants in the amount of, 80,000$, that will deter conduct by defendants in the future;

E. For a prejudgment and postjudgment interest and recovery of cost, including reasonable attorney fees pursuant to 42 USCA 1988 for all 42 USCA claims.

F. One wants equitable relief and damages from injuries, granted by actors entrusted with prudently administering inalienable rights, privileges, and immunities distributed to beneficiaries of the covenant YHWH has established with His heirs.

G. One is seeking equitable relief and damages from false arrest, false imprisonment, fright, shock, mental disturbance, public embarrassment, emotional distress from fear of repeated unlawful deprivations of federally secured rights, malicious prosecution, denial of equal protection, privileges and immunities, and due process, and deprivation of civil rights under color of state law. One wants an injunction to prevent further civil right derivations and to rectify past wrongs that occurred on these times complained about. One knows as to why One should be granted immediate relief from effects of wickedness of those named who participated in acts or omissions leading to serious invasion of One's life, liberty, and property interests, in a Court of equity or One where law and equity are merged, under the Federal Rules of Civil Procedure. One intends on bringing suit for damages and equitable relief against Actors in their personal capacity and suit for equitable relief against actors in their official capacity for constitutional violations resulting in injuries and deprivation without due process of law. One wishes for One's supplication and prayer for intervention to be shown to be made in good faith by, founded upon truth, by test of Writ of certiorari to check and see if applicable records reflect these affirmations made.

H. One wants a preliminary injunction to restrain actors in forsyth county from detaining one one ofs liberty unlawfully without due process so that one can peacefully prepare for One's trial injunction that

will Enjoin judge from ordering One's detention, and a declaratory judgment that their practices violate United States Constitution and Federal United States Codes, Constitutional rights, and order an injunction or decree making judges and clerks expunge records of unlawful arrest and to Discharge these Charges of DWLR because of the deprivations suffered already, and a permanent injunction guaranteeing ones peace unless in gross violation of the Law.

I. One demands Declaratory judgment confirming and asserting One's rights, including but not limited to : One has the right to not be victimized by wholly arbitrary acts. One has the right to not be treated different other natural person similar situated in a Forsyth County Superior Court for traffic citations. One has the right to be afforded equal protection of the Law, due process protection of the Law, and all applicable statutory and equitable benefits, rights, privileges, immunities, and protections, intended for One and protected by Congress. One has the right to life, liberty, and property as a son of the Most High YHWH. One has the right to accept the beneficial effects of YHWH's Temple and One's physical manifestation currently being classified by the courts as a black natural person and United States Citizen and North Carolina Citizen. One declares and asserts the right to not have One protected rights improperly invaded by acts of Ruffin Sykes and any other Public Actor and their agents acting under color of law, custom, or State authority. One has right to seek redress from wrongs such as, but not limited to, due process and equal protections violations concerning selective enforcement of laws, exculpatory evidence not being admitted and ministerial usurpation and oppression. One has the Right to have One's appearances duly recorded like others who make appearances and are not punished for doing so. One has the right to a preliminary and permanent injunction to prevent to reasonable threat of repeated constitutional violations resulting in injury to One and trespass against One's civil rights. 1st amendment right to free expression and personal liberty, Essential YHWH given natural rights, and constitutional civil rights, Right to bodily integrity to be free from physical abuse at the hands of NC State by any person acting under color of law, Right to live peaceably in home without being harassed or assaulted, use public sidewalks and streets without being assaulted, kidnapped, and thrown in a dungeon. The right to have personal rights, property rights, civil rights, and civil liberties protected from unlawful invasions, Right to judicially assert actions, Right to recoup in action to enforce liability in damages, temporary restraining order and preliminary injunction. I am entitled to recover damages and injunctions and judgment declaring my rights as and status as and their obligations as because Equity allows remedy for every wrong done to me and because insurance companies offer monies to cover damages caused by bonded people when they injure others and cause damage to liberty, life, and property interest being taken away without lawful justification. The federal statute for challenging actions done because a person has a badge of authority and is falsifying grounds to initiate a lawful process such as arrest procedures to punish a person for not contracting with them when doing so would cause a loss to One who has real questions about why certain things are happening and circumstances are occurring. One Has the Right to have One's appearances duly recorded like others who make appearances and are not punished for doing so. One has the right to a preliminary and permanent injunction to prevent to reasonable threat of repeated constitutional violations resulting in injury to One and trespass against One's civil rights. The 6th amendment protects and Guarantee my right to a fair trial. Right to personal liberty protected by 4th amendment, Civil Rights Act 1871, no need to be detained after bondsman there, right to be released, excessive force cuffs too tight.

J. One wants discovery initiated to retrieve camera visuals, stenographer recordings, insurer and bond informations, oaths of offices of sworn public actors, witnesses subpoenaed and depositions and interrogatories form for examining defendants.

One knows all the testimony mentioned to be true and knows no evidence existing to establish the contrary.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Nigel Rankin
(printed name of Affirmant) by _General_ Appearance, in Propria Persona, proceeding Sui Juris.

Nigel Rankin
(signature of Affirmant) by _General_ Appearance, in Propria Persona, proceeding Sui Juris.

County of Forsyth                )            **JURAT**

State of North Carolina     )

Subscribed and affirmed before me on this 25 day of June, 2018 by Rankin, Nigel Marquell who proved to me on the basis of satisfactory evidence to be the living man who attested, affirmed and subscribed to the within instrument, by his unlimited commercial liability, as true, correct, complete and not misleading.

Witness my hand and seal this 25 day of June, 2018.

_Rhanita Robertson_ (Hand)
(Seal)

**RHANITA ROBERTSON**
Notary Public
Forsyth Co., North Carolina
My Commission Expires Dec. 20, 2021

Nigel Rankin 6/25/18

206 W. 24th St
Winston Salem NC 27105